AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | New York |
|---|---|---|

THE UNITED STATES OF AMERICA

-against-

ALIMZHAN TOKHTAKHOUNOV, et al.

Defendants.

**APPEARANCE**

Case Number: 13-CR-268 (JMF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant, HILLEL NAHMAD

I certify that I am admitted to practice in this court.

---

4/18/2013
Date

*/s/ Benjamin Brafman*
Signature

Benjamin Brafman
Print Name                                    Bar Number

767 Third Avenue, 26th Floor
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 750-7800 | (212) 750-3906 |
|---|---|
| Phone Number | Fax Number |