AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   13 Cr. 268 (JMF) |
| ALIMZHAN TOKHTAKHOUNOV, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Hillel Nahmad

Date:    04/19/2013

*Attorney's signature*

Paul Shechtman
*Printed name and bar number*

Zuckerman Spaeder LLP
1185 Avenue of the Americas, 31st Floor
New York, New York 10036
*Address*

pshechtman@zuckerman.com
*E-mail address*

(212) 704-9600
*Telephone number*

(212) 704-4256
*FAX number*