UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Apr 26, 2013
```

------------------------------------------------------------------------X
                           :

UNITED STATES OF AMERICA         :
                           :

v.                             :         13 Cr. 268 (JMF)
                           :

ALIMZHAN TOKHTAKHOUNOV et al.,   :         <u>ORDER</u>
                           :

               Defendants.       :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       At the initial appearance on April 19, 2013, the Court temporarily continued the bail conditions set for those defendants arrested out of this District to allow the parties to confer with respect to the bail conditions to be set in this District.  Although the Court has set bail conditions on consent with respect to two defendants, there are several defendants for whom bail has not yet been set in this District.  To ensure that the bail conditions currently in place for those defendants are on the record in this District, the Government is hereby ordered to submit a letter to the Court, no later than **April 29, 2013**, at **noon**, identifying any defendant in that situation and the bail conditions that were set for that defendant in another District.

       Absent any objection from a defendant, the Court will so order the Government's letter, thereby adopting those bail conditions in this District — without prejudice to an application, on consent or otherwise, for modification of those conditions.  If any defendant objects to this procedure, he or she must advise the Court by letter no later than **April 29, 2013**, at **noon**.  In the event of such an objection, the objecting defendant and the Government shall appear for a bail hearing on **Tuesday, April 30, 2013**, at **10 a.m.** in Courtroom 1105 in the Thurgood Marshall Courthouse, 40 Centre Street, New York, NY 10007.  In the absence of an objection, there is no need to appear on that date.

       SO ORDERED.

Dated:  April 26, 2013
       New York, New York

                            JESSE M. FURMAN
                        United States District Judge