

**ZUCKERMAN SPAEDER** LLP

1185 AVENUE OF THE AMERICAS    31ST FLOOR
NEW YORK, NY 10036-2603
212.704.9600    212.704.4256 fax    www.zuckerman.com

PAUL SHECHTMAN
646.746.8657
shechtman@zuckerman.com

Application GRANTED.

June 21, 2013

SO ORDERED.

**By Hand Delivery**

The Honorable Jesse M. Furman
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square                                                                                         June 24, 2013
New York, New York 10007

      Re:    *U.S. v. Tokhtakhounov, et al.*, No. 13-Cr.-0268 (JMF)

Dear Judge Furman:

      We represent defendant Hillel Nahmad in the above-referenced action. We write with the consent of the Government to request a slight modification in Mr. Nahmad's bail conditions. Mr. Nahmad's bail conditions currently prohibit him from having any contact with any co-defendant in the case except in the presence of counsel. The agreed-upon modification would allow Mr. Nahmad to meet and socialize (but not gamble) with defendant Nicholas Hirsch without counsel being present. The restriction as to meeting with other defendants will remain in place. Messrs. Nahmad and Hirsch are close childhood friends and are charged together in only one count (Count Fifteen) of the Indictment.

      We have spoken with Mr. Hirsch's counsel, Craig Carpenito, who joins reciprocally in this request. For clarity, Mr. Nahmad's bail order should probably be modified.

                                         Respectfully submitted,

                                         Paul Shechtman

cc:    Benjamin Brafman, Esq. (by electronic mail)
        Craig Carpenito, Esq. (by electronic mail)
        Harris Fischman, Esq. (by electronic mail)
        Josh Naftalis, Esq. (by electronic mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/24/2013

WASHINGTON, DC      NEW YORK      TAMPA      BALTIMORE