LAW OFFICE OF
## MARC FERNICH

MARC FERNICH maf@fernichlaw.com  
ALSO ADMITTED IN MASSACHUSETTS

810 SEVENTH AVENUE, SUITE 620  
NEW YORK, NEW YORK 10019  
212-446-2346  
FAX: 212-459-2299  
www.fernichlaw.com

Dec. 26, 2013

**BY ECF**

Hon. Jesse M. Furman  
USDJ, SDNY  
Thurgood Marshall US Courthouse  
40 Foley Square  
Courtroom 1105  
New York, NY 10007

    Re:    *US v. Tokhtakhounov, et al.*, No. 13 CR 268 (JMF) (SDNY)

Dear Judge Furman:

    Jeffrey Lichtman and I serve as cocounsel for Anatoly Golubchik, a defendant in the captioned case who has pleaded guilty and is awaiting sentencing. By notice filed today, I have also entered an appearance, as cocounsel with Sarita Kedia, for another defendant in the case, John Hanson.

    I respectfully inform the Court and the government that I see no plausible conflict of interest in the multiple representation, and that I have separately advised each client of any theoretical conflict that might arise. Mr. Lichtman and Ms. Kedia have also discussed my multiple representation with the respective clients, and each has agreed to waive any theoretical conflict surrounding it. Nevertheless, we are available for a *Curcio* hearing should Your Honor deem one necessary or appropriate.

    I appreciate the Court's attention and consideration, and wish it a pleasant new year.

    Respectfully,

    /s/

    Marc Fernich

cc:    All counsel (ECF)