```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                   :
UNITED STATES OF AMERICA                           :
                                                   :
v.                                                 :      13 Cr. 268 (JMF)
                                                   :
HILLEL NAHMAD,                                     :      ORDER
                                                   :
                    Defendant.                     :
                                                   :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

At sentencing, and upon the Government's motion, the Court dismissed all counts with respect to the Defendant Hillel Nahmad (other than Count Nine, to which Nahmad had pleaded guilty). In the Judgment, however, the Court omitted Count Eleven from the list of counts dismissed on the Government's motion. Count Eleven is hereby dismissed as to Nahmad.

SO ORDERED.

Dated: May 6, 2014
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/07/2014