# Walden Macht & Haran LLP



One Broadway, 6th Floor
New York, NY 10004
212 335 2030

January 27, 2016

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, N.Y. 10007

Re: U.S. v. Alimzhan Tokhtakhounov, et al., 13 Cr. 268 (JMF)

Dear Judge Furman:

I am the attorney for Molly Bloom, a defendant in the above-referenced case.

On September 18, 2015, Ms. Bloom successfully completed the term of probation imposed by Your Honor based on her guilty plea to illegal gambling. Attached is a Notice of Discharge from the U.S. Probation Office for the Southern District of New York.

I have been informed that the U.S. Pretrial Services Agency in the Southern District of New York (PTS) had possession of Ms. Bloom's passport during most of the pendency of her criminal case. However, for reasons that remain unclear, PTS sent the passport to the U.S. Department of State (DOS) on August 15, 2014, without notifying me or the Assistant U.S. Attorney in charge of Ms. Bloom's case.

Although I will endeavor to locate the current holder of the passport (no one at the DOS answers the telephone number provided by PTS, and there is no voicemail for the number), my prior experience informs that a Court order will be required. Because Ms. Bloom needs to travel to London in February for business, she may need to apply for a replacement passport on an expedited basis if I cannot locate her original passport.

Thus, I respectfully request (a) that Your Honor order PTS to reacquire and return Ms. Bloom's passport; and (b) if PTS cannot do so by February 5, 2016, that Ms. Bloom be permitted to apply for a replacement passport.

I have spoken with AUSA Joshua Naftalis, who consents to this request.

Thank you.

                                                        Respectfully submitted,

                                                        Jim Walden

So Ordered:

_____
Jesse M. Furman
United States District Judge

U.S. DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK



U.S. PROBATION OFFICE
500 PEARL STREET, 6TH FLOOR
NEW YORK, NY 10007-1312
(212) 805-0040

## NOTICE OF DISCHARGE

Name: Molly Bloom

Pacts: 66311

Case Number: 13-CR-268-31

Date sentence imposed: May 02, 2014

Offense & Statue: ILLEGAL GAMBLING - 18:1955.F
Class C Felony

Register Number: 64654-112

Date sentence expired: September 18, 2015

Inasmuch as you have completed your term of Probation on the date shown above, you are hereby discharged from supervision.

_____
Enid Febus
Supervisory U.S. Probation Officer

_____September 18, 2015_____
Date